IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| MARGARET EVANS and TONYA ALLISON, on behalf of themselves and all others similarly situated, | §<br>§<br>§<br>§ CASE NO. 1:21-cv-00477-LCB-LPA<br>§ |
| *Plaintiffs,* | § |
| v. | § |
| CLIENT SERVICES, INC., a Missouri Corporation, | §<br>§<br>§ |
| *Defendant.* | § |

## MOTION TO DISMISS OR STAY PLAINTIFFS' INDIVIDUAL CLAIMS, DISMISS CLASS CLAIMS, AND COMPEL ARBITRATION

Defendant Client Services, Inc. ("Defendant") by and through its attorneys, move the Court for an Order compelling arbitration pursuant to 9 U.S.C. § 1 *et seq.*, dismissing this matter and for such other and further relief as the Court may deem just and proper. In support of the motion Defendant will rely on the Memorandum of Law in Support of Defendant's Motion to Dismiss or Stay Individual Claims, Dismiss Class Claims, and Compel Arbitration and related declaration and exhibits filed in support of the same.

Dated: October 18, 2021

Respectfully submitted,

/s/ Marissa A. Coyle
Marissa A. Coyle (N.C. Bar No. 42709)
The Echols Firm, LLC
P.O. Box 12645
Rock Hill, SC 29731
(803) 329-8983
marissa.coyle@theecholsfirm.com

Attorney for Defendant
Client Services, Inc.

1

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that she has this day caused a copy of the foregoing document to be filed electronically with the Clerk of Court via EC/CMF, which will in turn serve same upon all counsel of record.

This the 18th day of October, 2021.

/s/ Marissa A. Coyle
Marissa A. Coyle
The Echols Firm, LLC
