UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF NORTH CAROLINA
CASE NO.: 1:21-cv-00477-LCB-LPA

| | |
|---|---|
| MARGARET EVANS and TONYA ALLISON, on Behalf of Themselves and All Others Similarly Situated, | )<br>)<br>) |
| Plaintiffs, | )<br>)<br>) |
| v, | )<br>) |
| CLIENT SERVICES, INC., a Missouri Corporation, | )<br>)<br>) |
| Defendant. | ) |

## PROOF OF SERVICE OF SUBPOENAS ON THIRD-PARTY SYNCHRONY FINANCIAL

Plaintiffs Margaret Evans and Tonya Allison, by and through his counsel signed below, hereby give notice of the filing of 2 Affidavits (**Exhibits A** and **B**) regarding third-party subpoenas served on Synchrony Financial in accordance with this Court's Text Order issued November 2, 2021.

Respectfully submitted November 4, 2021.

MILBERG COLEMAN BRYSON
PHILLIPS GROSSMAN, PLLC


*/s/ Scott Harris*
Scott C. Harris
N.C. Bar No.: 35328
S. Michael Dunn
N.C. State Bar No.: 47713
900 W. Morgan Street

Raleigh, North Carolina 27603
Telephone: (919) 600-5000
Facsimile: (919) 600-5035
sharris@milberg.com
Michael.dunn@milberg.com

Adam H. Cohen
N.Y. Bar No.: 4812145
100 Garden City Plaza Ste. 500
Garden City, NY 11530
Telephone: (212) 594-5300
acohen@milberg.com

*Rule 83.1 Counsel for Plaintiffs*

*Counsel for Plaintiffs and the proposed classes*

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 4th day of November, 2021, a copy of the foregoing was filed with the Clerk of Court using the CM/ECF system, which shall send notification of such filing to the counsel of record.

**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC**

*/s/ Scott Harris*
Scott C. Harris
N.C. Bar No.: 35328
S. Michael Dunn
N.C. State Bar No.: 47713
900 W. Morgan Street
Raleigh, North Carolina 27603
Telephone: (919) 600-5000
Facsimile: (919) 600-5035
sharris@milberg.com
Michael.dunn@milberg.com

Adam H. Cohen
N.Y. Bar No.: 4812145
100 Garden City Plaza Ste. 500
Garden City, NY 11530
Telephone: (212) 594-5300
acohen@milberg.com

*Rule 83.1 Counsel for Plaintiffs*

*Counsel for Plaintiffs and the proposed classes*