# UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
Case No.: 1:21-cv-00477-LCB-LPA

MARGARET EVANS AND TONYA
ALLISON, *On Behalf of Themselves
and All Others Similarly Situated,*

               Plaintiffs,

v.

CLIENT SERVICES, INC,

               Defendant.

## NOTICE OF SETTLEMENT

Plaintiffs Margaret Evans and Tonya Allison ("Plaintiffs"), by and through undersigned counsel, hereby notify the Court, in accordance with LR 83.3, that the parties have reached an agreement in principle to settle the litigated claims in this case as to the individual claims of Plaintiff.

Based on the foregoing, Plaintiffs respectfully request that all current deadlines be suspended pending the completion of settlement.

Dated: February 25, 2022.      Respectfully Submitted,

                             **MILBERG COLEMAN BRYSON
PHILLIPS GROSSMAN PLLC**

                             /s/ Scott C. Harris
                             Scott C. Harris
                             N.C. Bar No.: 35328

1

S. Michael Dunn
N.C. Bar No.: 47713
900 W. Morgan Street
Raleigh, North Carolina 27603
Telephone: (919) 600-5000
Facsimile: (919) 600-5035
sharris@milberg.com
michael.dunn@milberg.com

Adam H. Cohen*
100 Garden City Plaza
Suite 500
Garden City, NY 11530
Telephone: (212) 594-5300
Email: acohen@milberg.com

*Local Rule 83.1 Counsel

Attorneys for Plaintiff and the
putative Classes

2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on February 25, 2022, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF, which is being served this day on all counsel of record via transmission of Notice of Electronic Filing generated by CM/ECF.

*/s/ Scott C. Harris*
Scott C. Harris
