# UNITED STATES DISTRICT COURT FOR
## THE MIDDLE DISTRICT OF NORTH CAROLINA
### Civil Action No.: 1:21-cv-00477-LCB-LPA

MARGARET EVANS and TONYA
ALLISON, on behalf of themselves and
other similarly situated,

      Plaintiffs,

    v.

CLIENT SERVICES, INC., a Missouri
corporation,

      Defendant.

**STIPULATION OF DISMISSAL**

      Plaintiffs Margaret Evans and Tonya Allison ("Plaintiffs") and Client Services, Inc., ("Defendant"), pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby stipulate to the voluntary dismissal of the action with prejudice as to the individual Plaintiffs and without prejudice as to the other alleged class members.

      This the 28th day of April, 2022.

**THE ECHOLS FIRM, LLC**

/s/ Marissa A. Coyle
Marissa A. Coyle
N.C. Bar No.: 42709
224 Oakland Ave.
Rock Hill, South Carolina 29781
Telephone: (803) 329-8970
marissa.coyle@theecholsfirm.com

*Attorneys for Defendant*

**MILBERG COLEMAN BRYSON
PHILLIPS GROSSMAN PLLC**

*/s/ Scott C. Harris*
Scott C. Harris
N.C. Bar No.: 35328
Michael Dunn
N.C. Bar No.: 47713
900 W. Morgan Street
Raleigh, North Carolina 27603
Telephone: (919) 600-5000
Facsimile: (919) 600-5035
sharris@milberg.com
Michael.dunn@milberg.com

1

Adam H. Cohen
100 Garden City Plaza
Suite 500
Garden City, NY 11530
Telephone: (919) 600-5000
Facsimile: (919) 600-5035
acohen@milberg.com

*Attorneys for Plaintiffs' and the
proposed Classes*

## CERTIFICATE OF SERVICE

I hereby certify that I have this day caused the foregoing document to be served by filing copy of the same using the court's CM/ECF system which will send notice to all counsel of record.

Dated April 28, 2022.

*/s/ Scott C. Harris*
Scott C. Harris